**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br>2:26-cr-00185-JVS |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a detention hearing is set for July, 24, at 1:00 ☐a.m. / ☑p.m. before the Honorable JVS, in Courtroom 6C.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ______________________ and produced for the hearing.
*(Other custodial officer)*

Dated: 7/21/26

[signature]
U.S. District Judge/Magistrate Judge